**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **SHOWCHI**<br>First name<br><br>**T**<br>Middle name<br><br>**DRAKE**<br>Last name and Suffix (Sr., Jr., II, III) | **AMBER**<br>First name<br><br>**R**<br>Middle name<br><br>**DRAKE**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | **WESLEY TYLER DRAKE**<br>**SHOWCHI TYLER DRAKE** | **AMBER ROSE DRAKE** |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-2959** | **xxx-xx-1171** |

| | |
|---|---|
| Debtor 1 | **SHOWCHI T DRAKE** |
| Debtor 2 | **AMBER R DRAKE** |

Case number *(if known)* _____

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN |
| **5. Where you live** | **8678 TOM NOON AVE**<br>**LAS VEGAS, NV 89178**<br>Number, Street, City, State & ZIP Code<br><br>**Clark**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ |

| Debtor 1 | **SHOWCHI T DRAKE** | | Case number *(if known)* | |
|---|---|---|---|---|
| Debtor 2 | **AMBER R DRAKE** | | | |

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8. How you will pay the fee**

- ☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

- ☐ No.
- ☑ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | **Nevada Chapter 13 (dismissed)** | When | **10/03/19** | Case number | **19-16442-mkn** |
| | **Nevada BK** | When | **4/18/13** | Case number | **13-13312 Discharged** |
| | | When | | Case number | |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No
- ☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | When | Case number, if known | |
| Debtor | | Relationship to you | |
| District | When | Case number, if known | |

---

**11. Do you rent your residence?**

- ☐ No.   Go to line 12.
- ☑ Yes.   Has your landlord obtained an eviction judgment against you?

  - ☑ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1   **SHOWCHI T DRAKE**
Debtor 2   **AMBER R DRAKE**

Case number *(if known)* _____

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ **No.** Go to Part 4.

☐ **Yes.** Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

■ **No.** I am not filing under Chapter 11.

☐ **No.** I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.** I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ **Yes.** I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ **No.**

☐ **Yes.**   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

Debtor 1   **SHOWCHI T DRAKE**
Debtor 2   **AMBER R DRAKE**

Case number *(if known)*

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **SHOWCHI T DRAKE**
Debtor 2    **AMBER R DRAKE**                                    Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** What kind of debts do you have?

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts _____

**17.** Are you filing under Chapter 7?

☐ No.  I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

■ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.** How much do you estimate your assets to be worth?

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ SHOWCHI T DRAKE | /s/ AMBER R DRAKE |
|---|---|
| **SHOWCHI T DRAKE** | **AMBER R DRAKE** |
| Signature of Debtor 1 | Signature of Debtor 2 |

Executed on  **September  2, 2021**          Executed on  **September  2, 2021**
            MM / DD / YYYY                                    MM / DD / YYYY

Debtor 1   **SHOWCHI T DRAKE**
Debtor 2   **AMBER R DRAKE**                                                    Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | | |
|---|---|---|
| **/s/ Seth D Ballstaedt, Esq.** | Date | **September  2, 2021** |
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Seth D Ballstaedt, Esq.**
Printed name

**Ballstaedt Law Firm dba Ball Bankruptcy**
Firm name

**2901 W. Bluegrass Blvd. Suite 200**
**Lehi, UT 84043**
Number, Street, City, State & ZIP Code

Contact phone   **(702) 715-0000**          Email address   **help@bkvegas.com**

**11516 NV**
Bar number & State

---

```
SHOWCHI T DRAKE
AMBER R DRAKE
8678 TOM NOON AVE
LAS VEGAS, NV 89178

Seth D Ballstaedt, Esq.
Ballstaedt Law Firm dba Ball Bankruptcy
2901 W. Bluegrass Blvd. Suite 200
Lehi, UT 84043

Aargon Agency Inc
Acct No xxxxxx1389
Attn: Bankruptcy
8668 Spring Mountain Road
Las Vegas, NV 89117

Aargon Agency Inc
Acct No 1238171389
Attn: Bankruptcy
8668 Spring Mountain Road
Las Vegas, NV 89117

Allied Collection Services
Acct No xxxxx2301
Attn: Bankruptcy
3080 South Durango Drive Suite 208
Las Vegas, NV 89117

Ally Financial
Acct No xxxxxxxx8141
Attn: Bankruptcy Dept
Po Box 380901
Bloomington, MN 55438

Ally Financial
Acct No 021921418141
Attn: Bankruptcy
Po Box 380901
Bloomington, MN 55438

AMCA/American Medical Collection Agency
Acct No xxxxxxxxxx7300
Attention: Bankruptcy
4 Westchester Plaza, Suite 110
Elmsford, NY 10523

Americollect
Acct No 1559511A
Po Box 1566
1851 South Alverno Road
Manitowoc, WI 54221
```

```
AmeriCredit/GM  - Admin Fees
Acct No xxxxxxxx8790
Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096

AmeriCredit/GM Financial
Acct No xxxxxxxx8790
Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096

AmeriCredit/GM Financial
Acct No 11105428790
Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096

Ashley Funding


Avant
Acct No xx7551
Attn: Bankruptcy
Po Box 9183380
Chicago, IL 60691

Avant
Acct No 647551
Attn: Bankruptcy
Po Box 9183380
Chicago, IL 60691

Axis Advance, LLC
PO Box 645
Santa Ysabel, CA 92070

Bank of America
Acct No xxxxxxxxxxxx4558
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634

Bank of America
Acct No 4264286085534558
Attn: Bankruptcy
Po Box 982234
El Paso, TX 79998

Barclays Bank Delaware
Acct No xxxxxxxxxx8220
Attn: Correspondence
Po Box 8801
Wilmington, DE 19899
```

```
Barclays Bank Delaware
Acct No 000249958948220
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

Bright Lending
PO Box 578 Fort.Belknap Agency
Hays, MT 59527

Capital Bank N.A.
Acct No 4621921006428039
One Church Street
Suite 100
Rockville, MD 20850

Capital One
Acct No xxxxxxxxxxxx9632
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Acct No xxxxxxxxxxxx0099
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Acct No xxxxxxxxxxxxx1878
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Acct No xxxxxxxxxxxx5052
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Acct No 5206020826075052
AttnL: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Acct No 5178058910251878
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130
```

Capital One
Acct No 5178058333169632
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Acct No 4003449407330099
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Cash Factory USA
6965 S. Rainbow Blvd.
Las Vegas, NV 89118

Comenity Bank/Victoria Secret
Acct No xxxxxxxxxxxx3216
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/Victoria Secret
Acct No xxxxx3324
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/Victoria Secret
Acct No 818753324
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/Victoria Secret
Acct No 5856375154323216
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Capital Bank/HSN
Acct No xxxxxxxxxxxx1424
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Conn Appliances Inc
Acct No xxxxx9431
3295 College St
Beaumont, TX 77701

Conn Appliances Inc
Acct No xxxxx9430
3295 College St
Beaumont, TX 77701

```
Conn Appliances Inc
Acct No xxxxx6530
3295 College St
Beaumont, TX 77701

Conn Appliances Inc
Acct No 552046530
Box 2358
Beaumont, TX 77704

Conn Appliances Inc
Acct No 446649431


Conn's HomePlus
Acct No 446649430
2445 Technology Forest Boulevard
Building 4, Suite 800
The Woodlands, TX 77381

Credit One Bank
Acct No xxxxxxxxxxx8350
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

Credit One Bank
Acct No xxxxxxxxxxx4860
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

Department of Education/Nelnet
Acct No xxxxxxxxxxx1971
Attn: Claims
Po Box 82505
Lincoln, NE 68501

Department of Education/Nelnet
Acct No xxxxxxxxxxx1871
Attn: Claims
Po Box 82505
Lincoln, NE 68501

Department of Education/Nelnet
Acct No xxxxxxxxxxx2474
Attn: Claims
Po Box 82505
Lincoln, NE 68501

Department of Education/Nelnet
Acct No 900000157472474
Attn: Bankruptcy
Po Box 82561
Lincoln, NE 68501
```

Department of Education/Nelnet
Acct No 900000547931971
Attn: Bankruptcy
Po Box 82561
Lincoln, NE 68501

Department of Education/Nelnet
Acct No 900000547931871
Attn: Bankruptcy
Po Box 82561
Lincoln, NE 68501

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Dignity Health
PO Box 57124
Los Angeles, CA 90074

Dignity Health
PO Box 57124
Los Angeles, CA 90074

Dollar Loan Center
Acct No xxx5501
Attn: Bankruptcy
8860 West Sunset Road
Las Vegas, NV 89148

Dollar Loan Center
Acct No 1405501
Attn: Bankruptcy
8860 West Sunset Road
Las Vegas, NV 89148

Elastic Loans
4030 Smith Road
Cincinnati, OH 45209

Fertility Center of Las Vegas
8851 W. Sahara ave #100
Las Vegas, NV 89117

Fingerhut
Acct No xxxxxxxxxxxx8349
Attn: Bankruptcy
Po Box 1250
Saint Cloud, MN 56395

Fingerhut
Acct No xxxxxxxxxxxx0924
6250 Ridgewood Rd
Saint Cloud, MN 56303

Fingerhut
Acct No 6369921032120924
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303

Fingerhut
Acct No 6369921033608349
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303

First PREMIER Bank
Acct No xxxxxxxxxxxx5702
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

First Premier Bank
Acct No 5178006647925702
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

Geico Car Insurance
PO Box 509090
San Diego, CA 92150

Genesis Bankcard Services
Acct No 7686004000188977
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076

Genesis Bc/Celtic Bank
Acct No xxxxxxxxxxxx8013
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076

Genesis Credit/Celtic Bank
Acct No 5100044683998013
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076

Hls Of Nevada, Llc
Acct No xxxxxxxx3241
6767 W Tropicana Ave
Las Vegas, NV 89103

```
HLS of Nevada/Right Size Funding
Acct No 55A019113241
Attn: Bankruptcy/Compliance Dept
7625 Dean Martin Dr
Las Vegas, NV 89139

Hyundai Motor Finance
Acct No xxxxxxxxxx5691
Attn: Bankruptcy
Po Box 20829
Fountain City, CA 92728

Hyundai Motor Finance
Acct No 20160305185691
Attn: Bankruptcy
Po Box 20829
Fountain Valley, CA 92728

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

IRS
PO BOX 7346
Philadelphia, PA 19101

LendingClub
Acct No xxxx5013
Attn: Bankruptcy
595 Market St, Ste 200
San Francisco, CA 94105

LendingClub
Acct No 49955013
Attn: Bankruptcy
595 Market Street, Suite 200
San Francisco, CA 94105

LVNV Funding/Resurgent Capital
Acct No xxxxxxxxxxxx8402
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

Mabt - Genesis Retail
Acct No xxxxxxxxxxxx8977
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076
```

Mercury/FBT
Acct No xxxxxxxxxxxx8660
Attn: Bankruptcy
Po Box 84064
Columbus, GA 31908

Mercury/FBT
Acct No 5232220006688660
Attn: Bankruptcy
Po Box 84064
Columbus, GA 31908

Merrick Bank/CardWorks
Acct No xxxxxxxxxxxx2985
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804

Merrick Bank/CardWorks
Acct No 4120614018262985
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804

Midland Credit


Midland Funding
Acct No xxxxxx0882
2365 Northside Dr Ste 300
San Diego, CA 92108

Mobiloans, LLC
Acct No xxxxxx4699
Attn: Bankruptcy
Po Box 1409
Marksville, LA 71351

Nadera
PO Box 8427
Pasadena, CA 91109

Nevada Dept. of Taxations, Bankruptcy
555 E Washington Ave, #1300
Las Vegas, NV 89101

North Vista Hospital
1409 E Lake Mead Blvd.
North Las Vegas, NV 89030

One Nevada Credit Unio
Acct No xxxxxxx4610
2645 S Mojave Rd
Las Vegas, NV 89121

One Nevada Credit Union
Acct No 18106134610
Attn: Bankruptcy
2645 South Mojave Rd
Las Vegas, NV 89121

Opportunity Financial, LLC
Acct No xxxxxxx6095
Attn: Bankruptcy
130 East Randolph St. Ste 3400
Chicago, IL 60601

Opportunity Financial, LLC
Acct No xxxxxxx1293
Attn: Bankruptcy
130 East Randolph St. Ste 3400
Chicago, IL 60601

Opportunity Financial, LLC
Acct No LAI00441293
130 East Randolph Street
Suite 3400
Chicago, IL 60601

Opps Loan
130 E. Randolph St, Ste 3400
Henderson, NV 89052

Portfolio Recovery
Acct No xxxxxxxxxxxxxx3761
Attn: Bankruptcy
120 Corporate Blvd
Norfold, VA 23502

Quantum Collections
Acct No xxxx3801
3080 South Durango Drive
Suite 105
Las Vegas, NV 89117

Quantum Collections
3080 S Durango Dr #105
Las Vegas, NV 89117

Spring Valley Hospital
PO Box 31001-0827
Pasadena, CA 91110-0827

Syncb/hhgreg
Acct No xxxxxxxxxxx0171
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

```
Syncb/walmart
Acct No 6097653701004324
Po Box 965024
Orlando, FL 32896

Syncb/walmart
Acct No 6097653674428229
Po Box 965024
Orlando, FL 32896

Synchrony Bank
Acct No xxxxxxxx3538
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Synchrony Bank
Acct No 603459063538
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Synchrony Bank/ JC Penneys
Acct No xxxxxxxx3406
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896

Synchrony Bank/ JC Penneys
Acct No xxxxxxxxxxx3569
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896

Synchrony Bank/ Old Navy
Acct No xxxxxxxxxxx3761
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Amazon
Acct No xxxxxxxxxxxx8402
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Care Credit
Acct No xxxxxxxxxxxx8156
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896
```

Synchrony Bank/Care Credit
Acct No xxxxxxxxxxxx9060
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Synchrony Bank/JCPenney
Acct No 6008893362453569
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896

Synchrony Bank/Walmart
Acct No xxxxxxxxxxxx4326
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Walmart
Acct No xxxxxxxxxxxx8221
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Target
Acct No 5117863001420801
c/o Financial & Retail Srvs
Mailstop BT POB 9475
Minneapolis, MN 55440

Telecom Self-reported
Acct No xxxxxxxxxxxxxxxxxxxxxxxxx40CE
Po Box 4500
Allen, TX 75013

Telecom Self-reported
Acct No xxxxxxxxxxxxxxxxxxxxxxxxx075E
Po Box 4500
Allen, TX 75013

Telecom Self-reported
Acct No B03621E2AC3540F28C52E6D47F075E
Po Box 4500
Allen, TX 75013

Telecom Self-reported
Acct No 61926D5C4E3342E191E6837FD140CE
Po Box 4500
Allen, TX 75013

Telecom Self-reported
Acct No 60D46C2273BA4206968C1F0295E817
Po Box 4500
Allen, TX 75013

Telecom Self-reported
Acct No C4038A3B0D8E409492A78A710C1139
Po Box 4500
Allen, TX 75013

Telecom Self-reported
Acct No B57892F502014511B90DF82956FED9
Po Box 4500
Allen, TX 75013

Telecom Self-reported
Acct No BCEA9E1E3F9C46A9BE1DA93C2CEE1C
Po Box 4500
Allen, TX 75013

Tnb-Visa  (TV) / Target
Acct No xxxxxxxxxxxx0801
C/O Financial & Retail Services
Mailstop BV  PO Box 9475
Minneapolis, MN 55440

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Us Bank
Acct No xxxxxxxx5472
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201

Us Bank
Acct No 153752215472
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201

US Bank/RMS CC
Acct No xxxxxxxxxxxx0463
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201

Utility Self-reported
Acct No xxxxxxxxxxxxxxxxxxxxxxxxxxE1BB
Po Box 4500
Allen, TX 75013

Utility Self-reported
Acct No xxxxxxxxxxxxxxxxxxxxxxxxx78A8
Po Box 4500
Allen, TX 75013

```
Utility Self-reported
Acct No xxxxxxxxxxxxxxxxxxxxxxxxxxxx6810
Po Box 4500
Allen, TX 75013

Utility Self-reported
Acct No E3C4C9AF53BC4F3A8FD1FCA862BF56
Po Box 4500
Allen, TX 75013

Utility Self-reported
Acct No 88C56CE542CA4E7BA617355171E1BB
Po Box 4500
Allen, TX 75013

Wakefield & Associates
Acct No xxY7IX
Attn: Bankruptcy
10800 E Bethany Dr
Aurora, CO 80014
```